538 U.S. 1033
 WAXMAN ET UX., AS PARENTS AND NATURAL GUARDIANS OF WAXMAN, A MINOR, ET AL.
v.
ROSLYN UNION FREE SCHOOL DISTRICT.
 No. 02-1333.
 Supreme Court of United States.
 May 19, 2003.
 
 1
 CERTIORARI TO THE APPELLATE DIVISION, SUPREME COURT OF NEW YORK, SECOND JUDICIAL DEPARTMENT.
 
 
 2
 App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. Reported below: 293 App. Div. 2d 662, 740 N. Y. S. 2d 451.